**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
RICHSTONE DESIGN GROUP L.L.C.,

                Plaintiff,

      -against-

CLASSICAL PILATES, INC., JEFFREY B.
FOERSTER, and TAUNYA G. FOERSTER,
                Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/22/06

06 **CIVIL** 0547 (NRB)

**JUDGMENT**

      Defendants having moved to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ.

P. 12(b)(2) and improper venue under 28 U.S.C. § 1391, and the matter having come before the

Honorable Naomi Reice Buchwald, United States District Judge, and the Court, on August 21, 2006,

having rendered its Memorandum and Order granting defendants' motion to dismiss and denying

plaintiff's request for jurisdictional discovery, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Memorandum and Order dated August 21, 2006, defendants' motion to dismiss is granted

and plaintiff's request for jurisdictional discovery is denied.

**Dated:** New York, New York
         August 22, 2006

                    **J. MICHAEL McMAHON**
                         **Clerk of Court**

      **BY:**

                         **Deputy Clerk**

**THIS DOCUMENT WAS ENTERED**
**ON THE DOCKET ON _____**